GEORGE A. GAST, Respondent, *v.* RAYFORD W. ALLEY, Appellant.

(Argued February 18, 1931; decided March 24, 1931.)

*Tracey S. Voorhees* for appellant.

*John Caldwell Myers, John F. Keating* and *Arthur G. Solomon* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., CRANE, LEHMAN, KELLOGG and O'BRIEN, JJ. Not sitting: POUND and HUBBS, JJ.